UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

TRAVIS TAYLOR, an Infant Over the Age of Fourteen
by his M/N/G, SCHANELLE TAYLOR, and
SCHANELLE TAYLOR, individually,

     Plaintiff,

  -v-

CITY OF NEW YORK, JOHN AND JANE DOE 1
THROUGH 10, individually and in their official
capacities, (the names John and Jane Doe being fictitious,
as the true names are presently unknown,)

     Defendants.

------------------------------------------------------------- -X

07 CIV. 4130 (DLC) (KNF)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

DENISE COTE, District Judge:

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
     September 14, 2007

                _____
                DENISE COTE
                United States District Judge