```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
TRAVIS TAYLOR, an Infant Over the Age       :
of Fourteen by his M/N/G, SCHANELLE         :   07 CIV. 4130 (DLC)
TAYLOR, and SCHANELLE TAYLOR,               :
individually,                               :     PRETRIAL
                                            :   SCHEDULING ORDER
                Plaintiffs,                 :
                                            :
        -v-                                 :
                                            :
CITY OF NEW YORK, JOHN AND JANE DOE 1       :
THROUGH 10, individually and in their       :
official capacities, (the names John        :
and Jane Doe being fictitious, as the       :
true names are presently unknown,)          :
                                            :
                Defendants.                 :
                                            :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on September 14, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **September 21, 2007**.

2. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **November 2, 2007** in order to pursue settlement discussions under his supervision.

3. No additional parties may be joined or pleadings amended after **November 9, 2007**.

4. If the plaintiff is going to rely at trial on any special medical damages, he shall provide his medical release forms to the defendants by **November 9, 2007**.

5. All fact discovery must be completed by **March 7, 2008**.

6. The following motion will be served by the dates indicated below.

Any motion for summary judgment

- Motion served by **April 4, 2008**
- Opposition served by **April 25, 2008**
- Reply served by **May 2, 2008**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, Joint Pretrial Order must be filed by **April 4, 2008**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         September 14, 2007

_____
DENISE COTE
United States District Judge

2