UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TRAVIS TAYLOR, an Infant Over the Age of Fourteen by his M/N/G, SCHANELLE TAYLOR, and SCHANELLE TAYLOR, Individually,

                                    Plaintiff,

        -against-

THE CITY OF NEW YORK, JOHN AND JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 CV 4130 (DLC)

      **PLEASE TAKE NOTICE** that **Jennifer L. Rubin**, Assistant Corporation Counsel, should be named as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated:  New York, New York
         September 19, 2007

                                                    MICHAEL A. CARDOZO
                                                    Corporation Counsel
                                                    of the City of New York
                                                    Attorney for Defendant City
                                                    100 Church Street, Rm. 3-180
                                                    New York, New York 10007
                                                    (212) 788-1029

                                            By:    _____/s/_____
                                                     Jennifer L. Rubin (JR 7938)
                                                     Assistant Corporation Counsel
                                                     Special Federal Litigation Division

      To:    Brett Klein, Esq. (By ECF)