```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
TRAVIS TAYLOR, an Infant Over the Age :
of Fourteen by his M/N/G, SCHANELLE :
TAYLOR, and SCHANELLE TAYLOR,       :
individually,                       :
                                    :
                    Plaintiffs,     :
                                    :   07 Civ. 4130 (DLC)
        -v-                         :
                                    :   ORDER OF
CITY OF NEW YORK, JOHN AND JANE DOE 1 : DISCONTINUANCE
THROUGH 10, individually and in their :
official capacities, (the names John :
and Jane Doe being fictitious, as the :
true names are presently unknown),  :
                    Defendants.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:   New York, New York
         November 19, 2007

                              _____
                                      DENISE COTE
                              United States District Judge