UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

TRAVIS TAYLOR, an Infant Over the Age of Fourteen by his M/N/G, SCHANELLE TAYLOR, and SCHANELLE TAYLOR, Individually,

                                 Plaintiffs,

            -against-

THE CITY OF NEW YORK, JOHN AND JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                 Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 4130 (DLC) (KNF)

        **WHEREAS**, plaintiffs, by his parent and natural guardian Schanelle Taylor, commenced this action by filing an amended complaint on or about July 29, 2007, alleging violations of his civil rights pursuant to 42 USC § 1983 and state law claims; and

        **WHEREAS**, defendant City has denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2. The City of New York hereby agrees to pay plaintiff Travis Taylor the sum as follows in full satisfaction of all claims, including claims for costs, expenses, and attorney fees: Travis Taylor, by his parent and natural guardian Schanelle Taylor, the sum of Fifteen Thousand

Dollars ($15,000). In consideration for the payment of this sum, plaintiffs agree to the dismissal of all the claims against the defendant City of New York, and to release the defendant City of New York and any present or former employees or agents of the City of New York, from any and all liability, claims, or rights of action under state or federal law which were or could have been alleged in this action, including claims for costs, expenses and attorney fees.

3. Plaintiffs shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and an Affidavit of No Liens or an Affidavit Concerning Liens based on the terms of paragraph 2 above.

4. Travis Taylor's settlement of this action is conditioned on compliance with the provisions set forth in Rule 83.2(a) of the Local Civil Rules of this Court ("Settlement of Actions by or on Behalf of Infants or Incompetents, Wrongful Death Actions, and Conscious Pain and Suffering Actions") and Rule 1207 et seq. Of the Civil Practice Laws and Rules for the State of New York.

5. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:	New York, New York
	_____, 2007

Brett Klein, Esq.
Leventhal & Klein, LLP
*Attorney for Plaintiff*
45 Main Street, Suite 820
Brooklyn, New York 11201

By: _____
    Brett Klein, ESQ.

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street, Room 3-180
New York, New York 10007
(212) 788-1029
By: _____
    Jennifer L. Rubin
    Assistant Corporation Counsel

SO ORDERED:

_____
         U.S.D.J.

- 3 -